# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 22-16009

**Case Name** | Kathryn Mayorga v. Cristiano Ronaldo

**Requesting Party Name(s)** | Kathryn Mayorga

**I am:**
- ○ The party requesting the extension.
- ⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☐ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☒ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you must describe the document*)

**The requested new due date is:** February 6, 2023

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Please see attached.

**Signature** [signature] **Date** 1/25/23
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14 | 1 | *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

☒ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [ First ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [          ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [ /s/ signature ]   **Date** [ 1/25/23 ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14      2      *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [RESPONSE] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [1/27/23]

3. The brief's first due date was: [1/27/23]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   [SEE Attached]

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [signature] **Date** [1/25/23]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 14     3     New 12/01/2018

Appellant's counsel was scheduled to commence a two-week jury trial on January 23, 2023 at Department 26 of the Clark County District Court. Due to trial preparation appellant's counsel was unable to prepare a response to appellee's motion to seal. The case set for trial settled on January 20, 2023. Due to a back log of work accumulating while preparing for trial, appellant's counsel will not be able to commence a review and draft a response until the end of this week (1/23/23-1/27/23) For this reason an extension for the filing of a response is requesting until February 6, 2023. Appellee's counsel has no objection to continuance of the filing of the response. See Attached

## Brittany Widmayer

| | |
|---|---|
| **From:** | Keely P. Chippoletti <keely@christiansenlaw.com> |
| **Sent:** | Monday, January 23, 2023 1:31 PM |
| **To:** | Brittany Widmayer; Les Stovall |
| **Cc:** | Peter Christiansen; Jonathan Crain; Kendelee Works |
| **Subject:** | CR adv Mayorga |

Les,

We have no objection to your request for an additional 10 days to file a response to the motion to maintain seal, which makes it due 2/6.

Keely Perdue Chippoletti
Attorney
Christiansen Trial Lawyers
710 South 7th Street
Las Vegas, NV 89101
Phone (702) 240-7979
Fax (866) 412-6992

This email is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

1